# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Angelina Delgado v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 10-cv-13577-DRH |
| *Jessica Losse v. Bayer Corporation et al* | No. 10-cv-10025-DRH |
| *Amber E. Lunny v. Bayer Corporation et al* | No. 12-cv-11478-DRH |
| *Jessica Mahoney v. Bayer Corporation et al* | No. 12-cv-11302-DRH |
| *Lacie A. Makary v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 11-cv-12282-DRH |
| *Heather Marshall v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 10-cv-12815-DRH |
| *Michelle Mash v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 10-cv-11741-DRH |
| *Kady Matthisen v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 13-cv-10299-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 31, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                              **JUSTINE FLANAGAN,**
                              **ACTING CLERK OF COURT**

                              **BY:** /s/*Caitlin Fischer*
                                      **Deputy Clerk**

**Dated:**  August 1, 2014

David R. Herndon
2014.08.01 14:03:01 -05'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**